# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | HONORABLE Kathy A. Surratt-States |
| | ) | |
| | ) | Case No. 23-43817-659 |
| MATTRESS DIRECT, INC., *et al.*, | ) | Chapter 11 |
| Debtors, | ) | |
| | ) | |
| USR-DESCO WASHINGTON CROSSING, LLC, | ) | **Motion for Relief from Automatic Stay** |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MATTRESS DIRECT, INC., | ) | |
| Respondent, | ) | |

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED THAT Plaintiff, by and through undersigned counsel, shall call up for hearing its Motion to Lift Stay on **Monday, December 4, 2023,** in Courtroom 7 North at **11:00 a.m.** or as soon thereafter as counsel may be heard. Responses are due by November 27, 2023.

    Respectfully submitted,
    **HEIN SCHNEIDER & BOND P.C.**

    */s/ Henry F. Luepke*
    HENRY F. LUEPKE, #38782MO
    2244 S. Brentwood Blvd.
    St. Louis, Missouri 63144
    (314) 863-9100 Telephone
    (314) 863-9101 Facsimile
    hfl@hsbattorneys.com
    ***Attorneys for Movant***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically on November 8, 2023, with the United States Bankruptcy Court, Eastern District of Missouri, and has been served on the parties in interest via e-mail by the Court's CMECF System as listed on the Court's Electronic Mail Notice List.

The undersigned likewise sent a copy of the foregoing to the Debtors via first class United States Mail, postage prepaid to:

Mattress Direct Inc.
4280 North Service Road
Saint Peters, MO 63376

*/s/ Henry F. Luepke*